UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN WILLIAM LAMBERT,

          Plaintiff,

v.

CHIEF ASTON, *et al.*,

          Defendants.

Case No. C17-1792-RAJ-JPD

ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY AND TO EXTEND DISCOVERY DEADLINE

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. This matter comes before the Court at the present time on defendants' motion to compel discovery and to extend the discovery deadline. (Dkt. 14.) Defendants assert in their motion that they have on two occasions sent discovery requests to plaintiff at his current place of incarceration, the Washington Corrections Center, but have yet to receive any response to those requests. (*See* Dkts. 14, 15, 16.) Defendants further assert that counsel recently attempted to contact plaintiff through his prison counselor in order discuss this outstanding discovery, but that that effort was unsuccessful. (*See* Dkts. 14, 15.) Plaintiff has filed no response to defendants' motion.

ORDER GRANTING DEFENDANTS'
MOTION TO COMPEL - 1

Pursuant to Fed. R. Civ. P. 37(a)(3)(B), a party seeking discovery may move for an order compelling an answer or production if a party to whom discovery is directed fails to answer an interrogatory submitted under Fed. R. Civ. P. 33, or to produce documents as requested under Fed. R. Civ. P. 34. Defendants have demonstrated that plaintiff failed to respond to properly served discovery requests, and that their attempts to obtain the discovery without Court action have been unsuccessful. Accordingly, the Court hereby ORDERS as follows.

(1) Defendants' motion to compel discovery (Dkt. 14) is GRANTED.

(2) Plaintiff is directed to respond to defendants' discovery requests not later than *September 17, 2018*. Plaintiff is advised that his failure to respond to these requests in a timely fashion, or to otherwise participate in the discovery process, may result in the imposition of sanctions up to and including dismissal of this action.

(3) The discovery deadline is extended until *October 1, 2018* to give defendants an opportunity to depose plaintiff should they determine it is necessary to do so.

(4) The dispositive motion filing deadline is extended until *November 1, 2018*.

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Richard A. Jones.

DATED this 16th day of August, 2018.

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION TO COMPEL - 2