UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN W. LAMBERT,

          Plaintiff,

v.

CHIEF ASTON, *et al.*,

          Defendants.

Case No. C17-1792-RAJ

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

The Court, having reviewed plaintiff's amended complaint, defendants' motion to dismiss this action, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     Defendants' motion to dismiss this action (Dkt. 19) is GRANTED.

(3)     Plaintiff's amended complaint (Dkt. 7) and this action are DISMISSED, with prejudice, for failure of plaintiff to comply with the rules of discovery as set forth in the Federal Rules of Civil Procedure and for failure to prosecute this action.

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 10th day of December, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - 2